UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20540-CIV-ALTONAGA/SIMONTON

MARLON G. LEACH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR SERVICE UPON UNITED STATES

Presently pending before the Court is Plaintiff's Notice of Filing (DE # 14), which the undersigned construes as a motion requesting the Court to order service of process with respect to Defendant ("Plaintiff's Motion"). The Honorable Cecilia M. Altonaga has referred this matter to the undersigned United States Magistrate Judge with respect to rulings on all pretrial, non-dispositive matters (DE ## 5, 12). For the reasons stated below, the undersigned finds that Plaintiff's Motion is granted.

On February 17, 2011, Plaintiff filed a *pro se* Complaint for a refund from the U.S. Internal Revenue Service (the "IRS") pursuant to 42 U.S.C. § 1983 (DE # 1). Federal Rule of Civil Procedure 4(c)(3) provides, "At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis." On March 11, 2011, Plaintiff applied to proceed without prepayment of fees (DE # 8), and on March 15, 2011, the Court granted Plaintiff's application, requiring that certain payments be made to the Clerk of the Court (DE # 9). Therefore, based upon a review of the record as a whole, the undersigned finds that a summons shall issue and the U.S. marshal or deputy marshal shall serve the summons and a copy of the Complaint upon Defendant as described below.

In this case, Plaintiff has brought suit against the United States, seeking a refund from the IRS.  Federal Rule of Civil Procedure 4(i) describes the proper manner for serving the United States and agencies thereof.  Fed. R. Civ. P. 4(i)(1) provides, in part, as follows:

> (1) United States.  To serve the United States, a party must:
>
> (A)(i)  deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought – or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk – or
>
> (ii)  send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office; [and]
>
> (B)  send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.

Federal Rule of Civil Procedure 4(i)(2) further provides for service of a U.S. agency, stating, "To serve a United States agency or corporation…a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency [or] corporation."  Therefore, it is

**ORDERED AND ADJUDGED** that the United States Marshal shall serve the United States of America, by sending a copy of the complaint along with appropriate summons by registered or certified mail to: (a) Wifredo A. Ferrer, United States Attorney, Southern District of Florida, 99 N.E. Fourth Street, Miami, Florida 33132; (b) Eric H. Holder, Jr., U.S. Attorney General, U.S. Department of Justice, 10th and Constitution Avenue, N.W., Room B-324, Washington, D.C. 20530; and (c) Douglas H. Shulman, Commissioner of the Internal Revenue Service, Attn:  CC-PA-DPL, 111 Constitution Ave., N.W., Washington, DC 20224.

**DONE AND ORDERED** at Miami, Florida, this 5th day of July, 2011.

*Andrea M. Simonton*
_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

cc:  Marlon G. Leach, *Pro Se*
Reg. No. 615898
Okeechobee Correctional Institution
3420 N.E. 168th Street
Okeechobee, FL 34972

United States Marshal